916 A.2d 255

**J. Whitson ROGERS**

v.

**James W. ROGERS, Jr. and Phillips C. Rogers.**

**No. 69, Sept. Term, 2006.**

Court of Appeals of Maryland.

Feb. 7, 2007.

Price O. Gielen (Ryan R. Dietrich, Neuberger, Quinn, Gielen, Rubin & Gibber, P.A., on brief), Baltimore, for petitioner.

F. Robert Troll, Jr. (Susan Zuhowski, O'Malley, Miles, Nylen & Gilmore, P.A., on brief), Calverton, for respondents.

Argued before RAKER, CATHELL, BATTAGLIA, GREENE, ALAN M. WILNER, (Retired, Specially Assigned), LAWRENCE F. RODOWSKY, (Retired, Specially Assigned) and THEODORE G. BLOOM, (Retired, Specially Assigned), JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 7th day of February, 2007,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.